UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SHILPA GROVER and FREDRIC A. PRESS, on behalf of themselves and all others similarly situated, | : | |
| Plaintiffs, | : | |
| v. | : | |
| MACMILLAN, SIMON & SCHUSTER, HACHETTE BOOK GROUP, HARPERCOLLINS PUBLISHERS, INC., PENGUIN GROUP (USA), INC., RANDOM HOUSE, INC. AND APPLE, INC., | : | 11-CV-5576-GBD |
| Defendants. | : | |
| JEFFREY EVANS and CLARISSA WEISS, on behalf of themselves and all others similarly situated, | : | |
| Plaintiffs, | : | |
| v. | : | |
| MACMILLAN, SIMON & SCHUSTER, HACHETTE BOOK GROUP, HARPERCOLLLINS PUBLISHERS, INC., PENGUIN GROUP (USA), INC., RANDOM HOUSE, INC. and APPLE, INC., | : | 11-CV-5609-GBD |
| Defendants. | : | |
| RHONDA BURSTEIN, | : | |
| Plaintiff, | : | |
| v. | : | |
| HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS, INC., MACMILLAN PUBLISHERS, INC., PENGUIN GROUP (USA) INC., SIMON & SCHUSTER, INC., RANDOM HOUSE, INC., APPLE, INC., AMAZON.COM, INC., and BARNES & NOBLE, INC., | : | 11-CV-5621-GBD |
| Defendants. | : | |

| | |
|---|---|
| JUAN SOTOMAYOR,<br><br>                  Plaintiff,<br>    v.<br><br>HACHETTE BOOK GROUP, INC., HARPERCOLLINS PUBLISHERS, INC., MACMILLAN PUBLISHERS, INC., PENGUIN GROUP (USA) INC., SIMON & SCHUSTER, INC., RANDOM HOUSE, INC., APPLE, INC., and AMAZON.COM, INC.,<br><br>                  Defendants. | :<br>:<br>:<br>:   11-CV-5707-GBD<br>:<br>:<br>:<br>: |

**JOINDER OF DEFENDANT RANDOM HOUSE, INC. IN
PUBLISHER DEFENDANTS' OPPOSITION TO PROPOSED
INTERVENOR ANTHONY PETRU'S MOTION TO INTERVENE AND
MOTION TO TRANSFER OR, IN THE ALTERNATIVE, STAY ACTION**

For its response to Plaintiff Anthony Petru's Motion to Intervene and Motion to Transfer, or in the Alternative, Stay Action ("the Motion"), Defendant Random House, Inc. concurs in, and therefore joins in, adopts and incorporates by reference the Publisher Defendants' Opposition to the Motion, dated and filed September 8, 2011, with respect to the cases in which Random House is a named defendant.

Dated: New York, New York
       September 9, 2011

                                          /s/ Saul P. Morgenstern
                                       Saul. P. Morgenstern
                                       Amanda C. Croushore
                                       KAYE SCHOLER LLP
                                       425 Park Avenue
                                       New York, NY 10022
                                       (212) 836-8000

                                       *Attorneys for Defendant*
                                          *Random House, Inc.*